UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RALPH DAVID HATHAWAY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. 4:16cv1761 SNLJ<br>) |
| LINCOLN CO. POLICE, et al., | )<br>) |
| Defendants. | )<br>)<br>) |

## MEMORANDUM and ORDER

Plaintiff, acting *pro se*, claims his constitutional rights were violated by defendant police officers. This Court dismissed plaintiff's complaint on August 29, 2017 because plaintiff had not updated his address with the Court as required. Plaintiff moved to reopen the case on the basis that he attempted to notify the Court of his changed address. Then, plaintiff failed to respond to defendants' discovery requests. This Court provided defendant with multiple chances to comply with Court orders and prosecute his case, but he failed to do so. As a result, this Court dismissed plaintiff's case on February 13, 2019.

On March 1, 2019, plaintiff filed a "Motion for Records." He seeks various records that he needs for his "2255." Plaintiff does not appear to have a § 2255 petition pending in this Court. To the extent plaintiff has such a petition pending in a different federal court, plaintiff should direct his questions to his attorney.

Because plaintiff's lawsuit has been dismissed, plaintiff's motion will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for records is DENIED.

Dated this  29th   day of May, 2019.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE